# **SECTION 362 INFORMATION SHEET**

<u>Edmond Mark Hodges</u>  
DEBTOR

<u>10-52788-GWZ</u>  
Bankruptcy Case No.    Motion No.

<u>American Home Mortgage Servicing Inc</u>  
<u>FKA American Home Mortgage</u>  
CREDITOR

<u>13</u>  
CHAPTER FILED

<u>7415 Desert Plains Drive, Sparks, NV 89436</u>  
Property Address

---

**Certification of Attempt to Resolve the Matter Without Court Action:**
Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(2), an attempt has been made to resolve the matter without court action, but movant has been unable to do so.

Date: July 26, 2010                Signature: <u>  /s/ Michael W. Chen                </u>

                                        Attorney for Movant

---

PROPERTY INVOLVED IN THIS MOTION:  
NOTICE WAS SERVED ON:    Debtor: <u>X</u> ;    Debtor's Counsel: <u>X</u> ;    Trustee: <u>X</u>  
DATE OF SERVICE: _____

**EXHIBIT A**

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY OF LIENS:<br><br>1st  Moving party is title holder of property<br>2nd  Property was foreclosed upon prior<br>3rd  to the instant bankruptcy filing<br>Total Encumbrances: | The EXTENT and PRIORITY OF LIENS:<br><br>1st<br>2nd<br>3rd<br>Total Encumbrances:<br><br>APPRAISAL OR OPINION AS TO VALUE |
| TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR:<br>Amount of Note: n/a<br>Interest Rate: n/a<br>Duration: n/a<br>Payment per Month: n/a<br>Date of Default: n/a<br>Amount in Arrears: n/a<br>Date of Notice of Default:<br>SPECIAL CIRCUMSTANCES:<br><br>Signature: <u>/s/ Michael W. Chen</u> | DEBTOR'S OFFER OF ADEQUATE PROTECTION for the MOVANT:<br><br><br><br>SPECIAL CIRCUMSTANCES:<br><br>Signature: _____ |

**EXHIBIT "A"**

- 1 -

**THE COOPER CASTLE LAW FIRM, LLP**
A Multi-Jurisdictional Law Firm

820 South Valley View Blvd
Las Vegas, Nevada 89107
Telephone    (702) 435-4175
Facsimile    (702) 435-4181

July 26, 2010                                    Via U.S. Mail:

EDMOND MARK HODGES
870 CALLE MYRIAM
SPARKS, NV 89436

|        |                      |                                              |
|--------|----------------------|----------------------------------------------|
| RE:    | Debtor:              | Edmond Mark Hodges                           |
|        | Bankruptcy No.:      | 10-52788-GWZ                                 |
|        | Bankruptcy Chapter:  | 13                                           |
|        | Bankruptcy Filed On: | July 15, 2010                                |
|        | Our File No.:        | 10-07-8636-NV                                |
|        | Property Address:    | 7415 Desert Plains Drive, Sparks, NV 89436   |

Dear Edmond Mark Hodges:

On July 21, 2010, we received authorization from our client, American Home Mortgage Servicing Inc. F/K/A American Home Mortgage, to act on their behalf on the above referenced loan.

**Please see attached worksheet in compliance with Local Rule 4001.**

Your anticipated cooperation in this matter is greatly appreciated. If you have any questions, please do not hesitate to contact us.

Very truly yours,

THE COOPER CASTLE LAW FIRM

*/s/ Michael W. Chen*
Michael W. Chen, Esq.

cc: William A Van Meter, Sent Via U.S. Mail:

LAS VEGAS ● PHOENIX ● DENVER ● SALT LAKE CITY ● CASPER ● ALBUQUERQUE ● PANAMA

*In Affiliation with Castle, Meinhold & Stawiarski*

LAS VEGAS OFFICE
820 South Valley View Blvd
Las Vegas, Nevada 89107" 2821

HENDERSON OFFICE
2821 W. Horizon Ridge Pkwy, Suite 201
Henderson, NV 89052

Telephone (702) 435-4175 ● Facsimile (702) 877-7424

# CHAPTER 13- LOCAL RULE 4001 Compliance Worksheet

**Occupant:** Edmond Mark Hodges
**Our Client:** American Home Mortgage Servicing Inc. F/K/A American Home Mortgage

**Chapter:** 13 Asset
**BK #:** 10-52788-GWZ

**Our File #:** 10-07-8636-NV

## Terms under which we can resolve this matter without the filing of a motion:

Tenant/Debtor must vacate property immediately I will sign a stipulation to that effect and return within two business days.

☐

We will not accept telephone tag or issues regarding our telephone system as a means of delaying the filing of a motion and ask that you either fill out this sheet OR send written confirmation via fax to (702) 435-4181. A fax log is kept for accuracy of when your written confirmations are returned.

Attorney Signature_____  Date: _____

This motion will be filed on **August 2, 2010 @ 1:00 PM**

LAS VEGAS ● PHOENIX ● DENVER ● SALT LAKE CITY ● CASPER ● ALBUQUERQUE ● PANAMA

*In Affiliation with Castle, Meinhold & Stawiarski*

LAS VEGAS OFFICE
820 South Valley View Blvd
Las Vegas, Nevada 89107- 2821

HENDERSON OFFICE
2821 W. Horizon Ridge Pkwy, Suite 201
Henderson, NV 89052

Telephone (702) 435-4175 ● Facsimile (702) 877-7424



EDMOND MARK HODGES
870 CALLE MYRIAM
SPARKS, NV 89436

The Cooper Castle Law Firm, LLP
A Multi-Jurisdictional Law Firm
Bankruptcy Department
820 South Valley View Blvd.
Las Vegas, NV 89107

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Our File No. 10-07-8636-NV

Attorney for Creditor
American Home Mortgage Servicing Inc FKA American Home Mortgage

ECF FILED ON:
AUG 05 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| EDMOND MARK HODGES | CHAPTER 13 |
| Debtor(s) | BANKRUPTCY NO.: 10-52788-GWZ |
| | DATE: September 10, 2010 |
| | TIME: 1:30 PM |
| | RE: 7415 Desert Plains Drive, Sparks, NV 89436 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY FOR THE PURPOSE OF EVICTION

TO:  **Edmond Mark Hodges**       **DEBTORS**
TO:  **PRO SE DEBTOR**            **ATTORNEY FOR THE DEBTOR(S)**
TO:  **William A Van Meter**      **CHAPTER 13 TRUSTEE**
TO:  **ALL INTERESTED PARTIES**
TO:  **THE CLERK OF THE ABOVE ENTITLED COURT**

Creditor, American Home Mortgage Servicing Inc FKA American Home Mortgage, hereby moves this Honorable Court for an order terminating the automatic stay for the purpose of eviction to allow American Home Mortgage Servicing Inc FKA American Home Mortgage to begin/proceed with eviction action against Debtor/Tenant and complete any and all contractual and statutory remedies available pertaining to American Home Mortgage Servicing Inc FKA American Home Mortgage's ownership interest held in the real property located at 7415 Desert Plains Drive, Sparks, NV 89436 ("Property"). This Motion is made and based on an amalgamation of the instant

pleading and exhibits and all other pleadings, statements and schedules on file herein, as well as the Section §362 Sheet attached hereto as Exhibit "A".

## FACTS

1. On or about October 2, 2006, a loan was originated on the property located at 7415 Desert Plains Drive, Sparks, NV 89436, secured and encumbered by a Deed of Trust, which is originally in favor of American Brokers Conduit.

2. Said property has been foreclosed on or about February 25, 2009, and a Trustee's Deed Upon Sale was recorded on March 30, 2009 and is attached hereto as Exhibit "B".

2. American Home Mortgage Servicing Inc FKA American Home Mortgage would like to begin eviction proceedings pursuant to the Trustee's Deed.

4. Debtors/Tenant filed their voluntary Chapter 13 on July 15, 2010.

5. The Movant requests relief from the automatic stay to proceed with eviction of the Debtors/Tenants.

## POINTS AND AUTHORITIES

The Bankruptcy Code provides for relief from the automatic stay:
(1) For cause, including the lack of adequate protection of an interest in property of such party in interest;
11 U.S.C. §362(d)(1).

Procedurally, a lift-stay movant has the burden to establish prima facie facts entitling it to relief. See In re Elmore, 94 B.R. 670 (Bankr. C.D.Cal. 1988). To establish a prima facie case, the moving creditor must demonstrate the following:

> The Debtor owes the obligation to the Creditor;
> There is a valid security interest from which relief from the stay may be sought; or
> "Cause" justifying relief from the stay.

In re Kin, 71B.R. 1011, 1015 (Bankr. C.D.Cal. 1987). After a creditor has established its prima facie case, the burden of proof shifts to the debtor to prove that there is no cause to terminate the

-2-

automatic stay. 11 U.S.C. § 362(g)(2); In re Ellis, 60 B.R. 432, 435 (9th Cir. B.A.P. 1985) citing In re Gauvin, 24 B.R. 578 (9th Cir. B.A.P. 1982).

It is clear in the instant case that American Home Mortgage Servicing Inc FKA American Home Mortgage has foreclosed on the property and as a result of that foreclosure, they have obtained title to the property. The Debtor/Tenant had substantially defaulted on their mortgage obligations prior to the institution of the foreclosure proceeding. The lack of payments resulted in a properly noticed and scheduled foreclosure sale on February 25, 2009 . The Debtor has no legal interest in the subject property. In re Jeremiah Grant, 303B.R. 205 (Bankr. D.NV. 2003). "Cause" therefore exists to grant this Creditor relief from the automatic stay for the purpose of eviction. Based upon the foregoing authority American Home Mortgage Servicing Inc FKA American Home Mortgage is entitled to an order terminating the automatic stay for the purpose of eviction. American Home Mortgage Servicing Inc FKA American Home Mortgage respectfully requests that the Court determine that the Creditor is not adequately protected and allow the Creditor to lift the stay for the purpose of eviction and secure its collateral at no further costs to the Estate and its Creditors.

WHEREFORE, American Home Mortgage Servicing Inc FKA American Home Mortgage, CREDITOR respectfully requests:

1. That relief from the automatic stay for the purpose of eviction be granted to allow American Home Mortgage Servicing Inc FKA American Home Mortgage to use any and all other methods to obtain possession of the subject property and evict tenants;
2. That the court waives the requirement of approval under LR 9021; see attached proposed Order Terminating the Automatic Stay; attached as Exhibit "C".
3. Award reasonable attorneys fees and costs to American Home Mortgage Servicing Inc FKA American Home Mortgage;

///

///

4. Waive the 14 day requirement under Fed R. Bank.Pro. 4001(a)(3); and

5. Award all other remedies that the Court may find reasonable and just.

Date: August 5 2010

                                          /s/ *Michael W. Chen*
                                          Michael W. Chen, Esq.
                                          Nevada Bar No. 7307
                                          THE COOPER CASTLE LAW FIRM
                                          A Multi-Jurisdictional Law Firm
                                          Attorney for American Home Mortgage
                                          Servicing Inc FKA American Home Mortgage
                                          820 South Valley View Blvd.
                                          Las Vegas, NV 89107

DOC #3743858
03/30/2009 09:40:12 AM
Electronic Recording Requested By
NORTH AMERICAN TITLE SUNSET EAS
Washoe County Recorder
Kathryn L. Burke - Recorder
Fee: $15.00  RPTT: $1455.50
Page 1 of 2

When recorded mail to:
Mail Tax Statements To:
American Home Mortgage Servicing
4600 Regent Blvd., Suite 200
Irving, TX 75063

Space above this line for recorder's use only

File No. 7983.22133   Title Order No. 45010-07-04120   MIN No. 100024200014234237

## TRUSTEE'S DEED UPON SALE

APN: 084-58-202

The undersigned grantor declares:
1) The grantee herein WAS the foreclosing beneficiary.
2) The amount of the unpaid debt together with costs was:   $691,226.49
3) The amount paid by the grantee at the trustee sale was:   $354,600.00
4) The documentary transfer tax is:   1455.50
5) Said property is in: the County of Washoe

and **Northwest Trustee Services, Inc.**, (herein called Trustee), as the duly appointed Trustee under the Deed of Trust hereinafter described, does hereby grant and convey, but without warranty, express or implied to

**AMERICAN HOME MORTGAGE SERVICING INC FKA AMERICAN HOME MORTGAGE**

(herein called grantee), all of its right, title and interest in and to that certain property situated in the County of Washoe, State of Nevada, and described as follows:

RECITALS:
This conveyance is made pursuant to the powers conferred upon Trustee by that certain Deed of Trust dated **10/02/06**, executed by **EDMOND MARK HODGES, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY** as Trustor, to secure certain

**EXHIBIT "B"**

obligations in favor of **MERS** as beneficiary, recorded **10/10/06**, as Instrument No.**3449010**, of Official Records in the Office of the Recorder of **Washoe** County, Nevada, and after fulfillment of the conditions specified in said Deed of Trust authorizing this conveyance.

Default occurred as set forth in a Notice of Default and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Default or the personal delivery of the copy of the Notice of Default and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on **02/25/09** at the place named in the Notice of Sale, in the County of **Washoe, Nevada**, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being **$354,600.00** in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 03/17/09

**NORTHWEST TRUSTEE SERVICES, INC.**

By: _Karen Holly_ (signature)
Karen Talafus,    Authorized Signatory

State of California     )
County of Orange       )

On 03/17/09, before me, J. Barragan, Notary Public, personally appeared Karen Talafus, who proved to me on the basis of satisfactory evidence to be the person (s) whose name (s) is/are subscribed to the within instrument and acknowledged to me that he/she is he/they executed the same and his/her/their authorized capacity (ies), and that by his/her/their signature (s) on the instrument the person (s), or the entity upon behalf of which the person (s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
        J. Barragan

J. BARRAGAN
Commission # 1635125
Notary Public - California
Orange County
My Comm. Expires Jan 5, 2010

**THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

# EXHIBIT C

- 8 -

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Our File No. 10-07-8636-NV

Attorney for Creditor
American Home Mortgage Servicing Inc FKA American Home Mortgage

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br>EDMOND MARK HODGES<br>Debtor(s) | CHAPTER 13<br>BANKRUPTCY NO.: 10-52788-GWZ<br>DATE: September 10, 2010<br>TIME: 1:30 PM |
|---|---|

### ORDER TERMINATING THE AUTOMATIC STAY
### FOR THE PURPOSE OF EVICTION

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is terminated as to Creditor, American Home Mortgage Servicing Inc FKA American Home Mortgage, its assignees and/or successors in interest, who may proceed with or continue with the Eviction in process of the subject Property and take all steps necessary to evict the tenants and regain possession in accordance with their contractual rights and statutory

remedies on the property located and generally described as 7415 Desert Plains Drive, Sparks, NV 89436, ("Property" herein) and legally described as follows:

> LOT 439 OF THE HIGHLANDS AT CIMARRON EAST, PHASE 4, AN ADDITION TO THE CITY OF SPARKS WHICH HAS THE ADDRESS OF 7415 DESERT PLAINS DRIVE, SPARKS, NEVADA.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By: /s/ Michael W. Chen                    Date: August 5, 2010
    Michael W. Chen, Esq.
    Attorney for Creditor
    American Home Mortgage Servicing Inc FKA American Home Mortgage

By: _____        Date: _____
    William A Van Meter,
    Chapter 13 Trustee