WILLIAM A. VAN METER, ESQ.
State Bar No. 2803
P.O. Box 6630
Reno, Nevada 89509
(775) 324-2500

Electronically Filed on: September 9, 2010

Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

EDMOND MARK HODGES,

Debtor.

Case No.: BK-N 10-52788-GWZ

Chapter 13

**NOTICE OF HEARING RE: SUPPLEMENTAL TRUSTEE'S MOTION TO DISMISS**

Date:   October 8, 2010
Time:   2:00 pm
Time Required:  (1 Minute)

Please take notice that a hearing will be held on October 8, 2010 at 2:00 pm in the United States Bankruptcy Court, 300 Booth Street, Bankruptcy Courtroom, Fifth Floor, Reno, Nevada 89509 with regard to the **TRUSTEE'S SUPPLEMENTAL MOTION TO DISMISS.**

Any opposing memorandum must be written, state the grounds of objection, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c) and be filed with the Court and served on the Trustee, William A. Van Meter, P.O. Box 6630, Reno, Nevada 89513 on or before fourteen (14) days preceding the hearing date for the motion. Local Rule 9014(b)(1)(D) provides:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
> • The court may *rule against you* without formally calling the matter at the hearing

Dated:  September 9, 2010

/S/ WILLIAM A. VAN METER
WILLIAM A. VAN METER, ESQ.

**WILLIAM A. VAN METER**
**CHAPTER 13 TRUSTEE**
P.O. Box 6630
Reno, NV 89509
(775) 324-2500