Entered on Docket
September 15, 2010

_____
Hon. Michael S. McManus
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Our File No. 10-07-8636-NV

Attorney for Creditor
American Home Mortgage Servicing Inc FKA American Home Mortgage

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

EDMOND MARK HODGES

Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-52788-GWZ
DATE: September 10, 2010
TIME: 1:30 PM

**<u>ORDER TERMINATING THE AUTOMATIC STAY
FOR THE PURPOSE OF EVICTION</u>**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is terminated as to Creditor, American Home Mortgage Servicing Inc FKA American Home Mortgage, its assignees and/or successors in interest, who may proceed with or continue with the Eviction in process of the subject Property and take all steps necessary to evict the tenants and regain possession in accordance with their contractual rights and statutory

- 1 -

remedies on the property located and generally described as 7415 Desert Plains Drive, Sparks, NV 89436, ("Property" herein) and legally described as follows:

> LOT 439 OF THE HIGHLANDS AT CIMARRON EAST, PHASE 4, AN ADDITION TO THE CITY OF SPARKS WHICH HAS THE ADDRESS OF 7415 DESERT PLAINS DRIVE, SPARKS, NEVADA.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:  /s/ Michael W. Chen            Date: August 4, 2010
Michael W. Chen, Esq.
Attorney for Creditor
American Home Mortgage Servicing Inc FKA American Home Mortgage

By:  SEE ATTACHED            Date: _____
William A Van Meter,
Chapter 13 Trustee

- 2 -

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, (and either with the motion), or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

William A. Van Meter-Failed to Respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

/s/ Max Erwin
An employee of The Cooper Castle Law Firm

- 1 -