Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esq.
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
yylagan@ccfirm.com
Our File No. 10-07-8636-NV

Attorney for Creditor
American Home Mortgage Servicing Inc FKA American Home Mortgage

ECF FILED ON:
SEP 17 2010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| Edmond Mark Hodges | CHAPTER 13 |
|  | BANKRUPTCY NO.: 10-52788-GWZ |
| Debtor(s) | DATE: September 10, 2010 |
|  | TIME: 1:30 PM |

### NOTICE OF ENTRY OF ORDER TERMINATING THE AUTOMATIC STAY FOR THE PURPOSE OF EVICTION

TRUSTEE
WILLIAM A. VAN METER
Wvanmeter13@ecf.epiqsystems.com

Edmond Mark Hodges          Edmond Mark Hodges
870 Calle Myriam            7415 Desert Plains Drive
Sparks, NV 89436            Sparks, NV 89436

PLEASE TAKE NOTICE that the Order Terminating the Automatic Stay on the above-referenced case was entered herein on 9/15/10. A copy of the Order is attached hereto as Exhibit "A."

Dated: August 4, 2010          By: /s/ Michael W. Chen
                                    Michael W. Chen, Esq.

I declare under penalty of perjury that a copy of Notice of Entry, with attached Exhibit "A" was sent via U.S. Mail and/or electronically mailed to each party noted above on 9/17/10.

/s/ Tyler Sharpe
An employee of THE COOPER CASTLE LAW FIRM

- 3 -

Entered on Docket
September 15, 2010

Hon. Michael S. McManus
United States Bankruptcy Judge

1
2
3
4
5
6  Stephanie L. Cooper, Esquire
7  Nevada Bar No. 5919
   Michael W. Chen, Esquire
8  Nevada Bar No. 7307
   THE COOPER CASTLE LAW FIRM
9  A Multi-Jurisdictional Law Firm
   820 South Valley View Blvd.
10 Las Vegas, NV 89107
   (702) 435-4175/(702) 435 4181 (facsimile)
11 yylagan@ccfirm.com
   Our File No. 10-07-8636-NV
12
   Attorney for Creditor
13 American Home Mortgage Servicing Inc FKA American Home Mortgage

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | |
|---|---|
| EDMOND MARK HODGES | CHAPTER 13<br>BANKRUPTCY NO.: 10-52788-GWZ<br>DATE: September 10, 2010<br>TIME: 1:30 PM |
| Debtor(s) | |

**ORDER TERMINATING THE AUTOMATIC STAY**
**FOR THE PURPOSE OF EVICTION**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay in the above-entitled Bankruptcy case is terminated as to Creditor, American Home Mortgage Servicing Inc FKA American Home Mortgage, its assignees and/or successors in interest, who may proceed with or continue with the Eviction in process of the subject Property and take all steps necessary to evict the tenants and regain possession in accordance with their contractual rights and statutory

- 1 -

remedies on the property located and generally described as 7415 Desert Plains Drive, Sparks, NV 89436, ("Property" herein) and legally described as follows:

> LOT 439 OF THE HIGHLANDS AT CIMARRON EAST, PHASE 4, AN ADDITION TO THE CITY OF SPARKS WHICH HAS THE ADDRESS OF 7415 DESERT PLAINS DRIVE, SPARKS, NEVADA.

Submitted by:

THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm

By:  /s/ Michael W. Chen                  Date: August 4, 2010
     Michael W. Chen, Esq.
     Attorney for Creditor
     American Home Mortgage Servicing Inc FKA American Home Mortgage

By:  SEE ATTACHED                         Date: _____
     William A Van Meter,
     Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, (and either with the motion) or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    William A. Van Meter-Failed to Respond

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

                                     /s/ Max Erwin
                              An employee of The Cooper Castle Law Firm