RECEIVED AND FILED
2010 SEP 29 PM 3:56
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

**EDMOND MARK HODGES,**

Debtor.
_____/

Case No.: 10-52788-GWZ

Chapter: 13

### MOTION BY DEBTOR TO CONVERT FROM CHAPTER 13 TO CHAPTER 7

**COMES NOW** EDMOND MARK HODGES, to file this Motion by Debtor to Convert From Chapter 13 to Chapter 7 as follows:

1. Movant is the Debtor in the above-titled case, having filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code, on 7/15/2010;

2. Movant is eligible to be a Debtor under Chapter 7 of said title, and desires to convert this case to a case under Chapter 7;

3. This case was not converted from a case under any Chapter of Title 11, United States Code.

WHEREFORE, movant prays for an order converting this case under Chapter 7 of the Bankruptcy Code and for relief under said Chapter 7.

Dated this 29 day of September, 2010.

EDMOND MARK HODGES
870 CALLE MYRIAM
SPARKS, NV 89436

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that I am over the age of 18 years and not a party to this action, my business address is listed below and a copy of the foregoing has been furnished via U.S. Mail, with First Class Postage fully pre-paid this 29 day of September, 2010 to: All those listed on the attached Mailing Matrix dated 9/28/2010.

Russ Jacobson
North American Lending
1344 Disc Drive #451
Sparks, NV 89436

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-3<br>Case 10-52788-gwz<br>District of Nevada<br>Reno<br>Tue Sep 28 10:04:19 PDT 2010 | AMERICAN HOME MORTGAGE SERVICING INC. FKA AM<br>THE COOPER CASTLE LAW FIRM, LLP<br>820 S. VALLEY VIEW BLVD<br>LAS VEGAS, NV 89107-4411 | United States Bankruptcy Court<br>300 Booth Street<br>Reno, NV 89509-1360 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | American Home Mtg. Svc.<br>4600 Regent Blvd. #200<br>Irving, TX 75063-2478 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Bank of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Business & Professional<br>816 S. Center St.<br>Reno, NV 89501-2306 | Citifinancial<br>300 St. Paul Place<br>Baltimore, MD 21202-2120 |
| Collection Svc. NV<br>777 Forest Street<br>Reno, NV 89509-1711 | Credit Protection Assoc.<br>13355 Noel Rd. Ste. 2100<br>Dallas, TX 75240-6837 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>Norfolk VA 23541-0914 |
| EDMOND MARK HODGES<br>870 CALLE MYRIAM<br>SPARKS, NV 89436-0663 | WILLIAM A. VAN METER<br>POB 6630<br>RENO, NV 89513-6630 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)% | (u)Edmond Mark Hodges 870 Calle Myriam Sparks | End of Label Matrix<br>Mailable recipients    13<br>Bypassed recipients     2<br>Total                  15 |

RECEIVED AND FILED
2010 SEP 29  PM 3:56
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK